

**FILED**

MAR **1 3** 2019

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19CR0628-H |
| Plaintiff, | Booking No. 53964-048 |
| v. | |
| MARCUS ANTONIO ZAMUDIO-OROZCO (1), | JUDGMENT AND ORDER OF DISMISSAL |
| Defendant. | |

Based upon the motion of the United States, the Court grants the Government's motion to dismiss without prejudice the Information in the above entitled case against Defendant Marcus Antonio Zamudio-Orozco. The Defendant is hereby discharged as to this case only.

IT IS SO ORDERED AND ADJUDGED.

DATED: <u>March 13, 2019</u>

HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE

-1-